AO 91 (Rev. 11/11) Criminal Complaint

*Filed 10-21-16*
*Clerk U.S. District Court*
*Western District of Texas*
*OK*
*Deputy*

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Angel ZAVALA-Olivares | )  Case No. *EP16MJ4100 ATB* |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 20, 2016_____ in the county of _____El Paso_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 554 | 1) Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

   SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alfredo Chavez Jr., HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____10/21/2016_____

_____
*Judge's signature*

City and state:       El Paso, Texas                    Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

On October 20, 2016, at approximately 1016 hours, United States Customs and Border Protection Officer (CBPO) Natalie Meza encountered Angel ZAVALA-Olivares during outbound inspection operations at the Ysleta Port of Entry in El Paso, Texas. ZAVALA was the driver of a white Jeep Cherokee bearing Chihuahua Mexico plates EKB7232. ZAVALA was accompanied by a female subject.

CBPO Meza asked ZAVALA for his entry document. ZAVALA presented a B1/B2 Border Crossing Card. CBPO Meza then proceeded to take an oral declaration from ZAVALA. CBPO Meza asked ZAVALA where he was coming from. ZAVALA stated that he did shopping in El Paso. CBPO Meza then asked what stores he went to. ZAVALA stated that he went shopping at Fallas Paredes and Wal-Mart. CBPO Meza then asked ZAVALA if he was transporting any firearms, ammunition, weapon magazines, military or police equipment. ZAVALA stated that he was not taking any of those items into Mexico. ZAVALA added without CBPO Meza asking that he was a police officer in Ciudad Juarez. CBPO Meza then asked ZAVALA what kind of police officer he was and ZAVALA answered that he was Municipal Police Officer. CBPO Meza noticed that during and after completing the declaration ZAVALA's facial expression changed. ZAVALA was no longer smiling when CBPO Meza asked about the ammunition, firearms, weapon magazines, military or police equipment. ZAVALA's face was now serious and he was not adding any additional information to his answers like he was before in the beginning of the conversation. CBPO Meza then directed ZAVALA into the outbound secondary area where he then parked the Jeep for inspection.

The inspection of the vehicle revealed thirty-five (35) boxes of ammunition containing a total of one thousand seven-hundred and fifty (1,750) rounds of Monarch .40 caliber ammunition concealed in the rear area of the vehicle.

Homeland Security Investigations Special Agents (SA) Alfredo Chavez Jr. and Antonio Triana arrived at the Ysleta Port of Entry, El Paso, Texas to investigate the ammunition seizure. SA Triana read ZAVALA his Miranda rights in the Spanish language as witnessed by SA Chavez. ZAVALA acknowledged in writing that he understood his rights and he agreed to make a statement without the presence of an attorney.

ZAVALA stated that he was a municipal police officer in Juarez, Mexico. ZAVALA was asked how long he had been purchasing ammunition in the United States for sale in Mexico. ZAVALA stated that approximately four months prior he began to purchase ammunition and had done so approximately six times. Special Agents asked why he was concealing the ammunition in his vehicle while taking it to Mexico. ZAVALA stated he did not want Mexican customs to find the ammunition. ZAVALA stated he thought it was not a big deal to cross ammunition out of the United States and thought it was only a problem if Mexican customs found the ammunition. Special Agents asked ZAVALA how much he was planned to sell the ammunition for, and ZAVALA stated he was only going to ask for $5.00 United States Dollars per box more than what he paid for the ammunition.

ZAVALA stated he was not licensed by the State Department of the United States to export ammunition from the United States. Special Agents were not able to locate any licenses for ZAVALA. ZAVALA is a citizen of Mexico.

The ammunition purchased/possessed by ZAVALA was Monarch brand ammunition, which is/was manufactured in Serbia. Special Agents have become aware, based on recent investigations, that the ammunition is manufactured outside the United States. Thus the ammunition purchased by ZAVALA has been shipped affecting interstate or foreign commerce.

ZAVALA provided a written statement to corroborate the information provided to HSI Agents.

Prosecution was accepted by the United States Attorney's Office.